# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: LEWIS MARCUS

Cr.: 98-301-01

Name of Sentencing Judicial Officer: The Honorable William H. Walls
U.S. District Court Judge

Date of Original Sentence: 06/18/03

Original Offense: Ct. One: Conspiracy to defraud the United States, in violation of 18 U.S.C. § 371; Ct. Five: Interstate transportation of money taken by fraud, in violation of 18 U.S.C. § 2314.

Original Sentence: Imprisonment - 13 months; Supervised Release - 3 years (concurrent); Restitution - $116,944; Special Assessment - $200. Special conditions include: Financial disclosure; No new credit.

Type of Supervision: Supervised Release

Date Supervision Commenced: 08/16/04

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

<u>Violation Number</u>     <u>Nature of Noncompliance</u>

1     The offender has failed to satisfy his court ordered restitution obligation in full prior to the expiration of his term of supervised release. The offender has paid a total of $6,400 during the course of his supervision. As of August 2, 2007, the total restitution balance in this case is $110,544.00.

U.S. Probation Officer Action:

The Probation Office has monitored the offender's personal finances throughout the term of probation to ensure that he has paid his restitution as aggressively as his financial condition could sustain. An updated review of Marcus' income, assets, liabilities, and monthly expenses was completed just prior to the submission of this report, which reflected no notable changes in the offender's personal financial status. It is therefore recommended that this offender's supervision term expire as scheduled. The Financial Litigation Unit of the U.S. Attorney's Office has agreed to pursue collection of any restitution that remains unpaid after his scheduled termination date.

Respectfully submitted,

By: Justine Peterson
U.S. Probation Officer
Date: 08/02/07

PROB 12A - Page 2
LEWIS MARCUS

*A Response is necessary so that additional action be taken as follows:*

[✓] Supervision to expire on August 15, 2007. The Financial Litigation Unit of the U.S. Attorney's Office to pursue collection of any unpaid balance.

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Signature of Judicial Officer

13 August 2007
Date

TOTAL P.05